.UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| CHANTHALANG S. PHETSOUMPHOU<br>SSN: xxx-xx-0175<br>Debtor | CASE NUMBER: 07-33343<br>CHAPTER 13 |

## NOTICE TO CHANTHALANG S. PHETSOUMPHOU THAT $349.99 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Chanthalang S. Phetsoumphou, debtor herein, and deposits $349.99 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Chanthalang S. Phetsoumphou was:

   56841 Southgate Street
   Elkhart, IN 46516

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster or have not been negotiated.

3. Subsequent attempts to locate this debtor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: *3-12-10*

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice was sent on *3-12-10*

By U. S. Mail to the Debtor as follows:
Debtor(s): Chanthalang S. Phetsoumphou, 56841 Southgate Street, Elkhart, IN 46516

By electronic e-mail to the following:
Debtor's Attorney: Benedict Marnocha
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson